# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00074-CV

**Tedde R. Blunck, Appellant**

**v.**

**Cathy A. Blunck, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 11-1217, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Cathy A. Blunck has filed a notice of bankruptcy. See Tex. R. App. P. 8.1. We therefore suspend this appeal until a party files a motion to reinstate or a motion to sever. See Tex. R. App. P. 8.2, 8.3. Appellant Tedde R. Blunck is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should appellant fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. See Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Bankruptcy

Filed:   July 17, 2013